UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTY SCOTT FITZGERALD,<br><br>Plaintiff<br><br>v.<br><br>MARY BAKER, *et al.*,<br><br>Defendants | Case No. 3:22-cv-00011-MMD-CSD<br><br>ORDER |

On April 12, 2022, the Court issued a screening order and granted Plaintiff until May 13, 2022, to file an amended complaint or the case would be dismissed without prejudice. (ECF No. 8 at 6-7). On April 26, 2022, Plaintiff submitted a motion for an extension of time to September 2022 to file his amended complaint, citing a "possible surgery" and his upcoming release from incarceration. (ECF No. 10).

The Court grants the motion for an extension of time in part. Plaintiff will file the amended complaint on or before Friday, July 1, 2022. If Plaintiff chooses not to file an amended complaint, the Court will recommend dismissal without prejudice. (ECF No. 8 at 6-7). The Court reminds Plaintiff that, pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1.

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 10) is granted in part. Plaintiff will file his amended complaint on or before Friday, July 1, 2022.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action may be dismissed without prejudice.

DATED: April 27, 2022.

_____
UNITED STATES MAGISTRATE JUDGE